THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* NATHAN CAIDIN, Appellant.

(Submitted April 15, 1935; decided April 23, 1935.)

552

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon of counsel), for motion.*

No one opposed.

Motion granted and appeal dismissed.